## STATE OF CONNECTICUT *v.* TONY NIEMEYER

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 447 (AC 18590), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that there was insufficient evidence to support a conviction for kidnapping in violation of General Statutes § 53a-92 (a) (2) (A) and (C)?

"2. If the answer is 'yes,' should the trial court have given a specific unanimity charge when the defendant was charged under both General Statutes § 53a-92 (a) (2) (A) and (C), and the state argued that different evidence satisfied the different subparagraphs?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16232X01.

*Pamela S. Nagy,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided December 22, 1999

---

## ROBERTA BENEDETTO *v.* SILVIO BENEDETTO

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 350 (AC 17575), is denied.

*James H. Lee,* in support of the petition.

*Jocelyn B. Hurwitz,* in opposition.

Decided January 19, 2000